# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

**XX SECOND AMENDED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: <u>JOSEPH FELLER - #4586</u>          CASE NO.: 10-31174-BKC-EPK
JOINT DEBTOR: SANDRA DIANE FELLER - #2262

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of <u>60</u> months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. <u>$467.89</u> for months <u>1</u> to <u>15</u>;
- B. <u>$664.26</u> for months <u>16</u> to <u>36</u>; and
- C. <u>$972.55</u> for months <u>37</u> to <u>60</u> in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - <u>$4,950.00</u> TOTAL PAID <u>$1,800.00</u>
Base Fee $3,500.00 plus $150.00 costs plus $750.00 Motion to Value and Strip and $25.00 costs plus Motion to Cram Auto $525.00
Balance Due $3,150.00 payable <u>$210.00</u>/month (Months <u>1</u> to <u>15</u>)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

NONE.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| TD Bank 1701 Route 70 E Cherry Hill, NJ 08034 #8687 | $169,720.00 (homestead - 1ST mortgage is over $205,000) | N/A | N/A | <u>N/A</u> | $0.00 |
| American Suzuki Fin Sv 5700 Crooks Rd, #301 Troy, MI 48098 #5120 | $9,000.00 2007 Suzuki SX4 | 5.25% | $89.23 $198.09 | 1 to 15 16 to 60 | $10,252.20 **(PER AGRT. WITH CREDITOR)** |
| Spacecoast Credit Union 8045 N Wickham Rd Melbourne, FL 32940 #7621 | $7,250.00 2007 KIA Rondo | 5.25% | $91.13 $153.16 | 1 to 15 16 to 60 | $8,259.00 **(PER AGREED ORDER)** |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

<u>1. INTERNAL REVENUE SERVICE</u>          Total Due $2,667.79 (PER POC)
Payment $20.00/mo. (Mos. 1 to 15)
Payment $52.63/mo. (Mos. 16 to 60)

Unsecured Creditors:  Pay $15.00/mo. (Mos. 1 to 15); $200.00/mo. (Mos. 16 to 36); and  $480.26/month (Mos. 17 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   WELLS FARGO HOME MORTGAGE (Mortgage #9645) will be paid outside the plan.  POINTE MGMT. GROUP (HOA - #232) will be paid outside the plan.

Debtor surrenders the 2007 Aprilia Scooter to GE MONEY BANK C/O B-LINE, LLC (#5498).

Debtors shall provide yearly tax returns to the Trustee no later than the date they are filed during the pendency of the Chapter 13.  If there is a meaningful increase in income the Debtors will modify the plan accordingly to pay over and above plan.


The Debtors loaned monies to a business.  If any monies are collected during the pendency of the case,  the Debtors will modify the plan accordingly to pay over and above plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____
for JOSEPH FELLER, Debtor


_____
for SANDRA DIANE FELLER, Debtor


Date: 12/23/2010_____

LF-31 (rev. 01/08/10)